# United States District Court
## Western District of North Carolina
### Division

| | | |
|---|---|---|
| Travis McFadden**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14cv100 |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Redwitch, Nurse, FNU | ) | |
| Williams,Correctional Officer, Carolina | ) | |
| MedicalCenter Union**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2014 Order.

May 27, 2014

Signed: May 27, 2014

Frank G. Johns, Clerk
United States District Court